AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Alvin KING
30 Cornhill Street, Apartment 615, Boston, MA 02

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1144-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 28, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly execute, and attempt to execute, a scheme and artifice to defraud a federally insured financial institution, to wit, Sovereign Bank, and to obtain any of the monies, funds, credits, assets, securities, or other property owned by, or under the custody or control of said financial institution, by means of false or fraudulent pretenses, representations, or promises

in violation of Title __18__ United States Code, Section(s) __1344__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-09-2005                              at                        Boston, MA
Date                                                              City and State

Judith G. Dein
U.S. Magistrate Judge
Name & Title of Judicial Officer                          _____
                                                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45  (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** SECRET SERVICE

**City** _____  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name   Alvin King                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   30 Cornhill Street, Apt. 615, Boston, MA

Birth date (Year only): 1946   SSN (last 4 #): ____   Sex M   Race: W   Nationality: USA

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini              Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/9/05        Signature of AUSA: *Nadine Pellegrini*

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ALVIN KING

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1344 | Bank Fraud | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**