AO 199A   (Rev 6/97) Order Setting Conditions of Release                                Page 1 of __   _ Pages

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

United States of America

V.

_Alvin King_
Defendant

**ORDER SETTING CONDITIO[NS]
OF RELEASE**

Case Number: _05m - 1144 - JG[D]_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(✓)(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in thi[s cas]e.

(✓)(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before a[ny] change in address and telephone number.

(✓)(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence im[pose]d as directed. The defendant shall appear at (if blank, to be notified) _USDC Boston MA_
Place
_Courtroom #15 5th floor_ on _October 17, 2005 @ 11:00_ [AM]
_before USMJ Dein_                 Date and Time

### Release on **Personal Recognizance** or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any senten[ce im]posed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the su[m o]f
_____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence impose[d.]

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of ot ersons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant i scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

(✓) (7) The defendant shall:
(✓)(a) report to the _Pretrial Services as directed_
telephone number _____ , not later _____ .
( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the e-described
( )(d) execute a bail bond with solvent sureties in the amount _____ .
( )(e) maintain or actively seek employment.
( )(f) maintain or commence an education program.
( )(g) surrender any passport
( )(h) obtain no passport.
(✓)(i) abide by the following restrictions on personal association, place of abode, or travel: _Travel is restricted to_ _New England States - Maintain current residence_
( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject i igation or prosecution, including but not limited _____
( )(k) undergo medical or psychiatric treatment and/or remain in an institution as _____
( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock nployment, schooling, or the following limited
( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or sup ing officer.
(✓)(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( )(o) refrain from ( ) any ( ) excessive use of alcohol.
( )(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescri by a licensed medical practitioner.
( )(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the de nt is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch. note alcohol testing system, and/or any form of prohibited substance screening or testing.
( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial ces office or supervising officer.
( )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited su ice testing or electronic monitoring which is (are) required as a condition(s) of release.
( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program ( ill or
( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the progran ed upon your to pay as determined by the pretrial services office or supervising officer.
( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as direct the pretrial services office or supervising officer; or
( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; r al, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pr roved by the pretrial services office or supervising officer; or
( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious : es, and court appearances pre-approved by the pretrial services office or supervising officer.
(✓)(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, it ing, but not limited to, any arrest, questioning, or traffic stop.
(✓)(v) _submit list of medications_
( )(w) _____
( )(x) _____

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICES  U.S. ATTORNEY  U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your ... est, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprison... it, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imp... iment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a m... emeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruc... riminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a w... is, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimid... i witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly m... serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service ... sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicte ...:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you sh... ie fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall b... ied not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any othe... fense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey ... onditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanc... s set forth above.

_Alvin Darrell King_
Signature of Defendant

_30 Cornhill #615_
Address

_Boston, MA 02108    617-5... 5-6960_
City and State            Tele... ne

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial of... : that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produce... ore the appropriate judicial officer at the time and place specified, if still in custody.

Date: _9/26/05_

_Thomas F. Quinn_
Signature of Judicial Officer

_Thomas F. Quinn_
Name and Title of Judicial Office

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL